# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ARMENTA,<br><br>          Plaintiff,<br>  vs.<br><br>ALLSTATE INDEMNITY COMPANY,<br><br>          Defendant.<br>_____ / | CASE NO. CV F 10-0593 LJO SMS<br><br>**ORDER TO DISMISS DEFENDANT**<br>(Doc. 9.) |

Based on the parties' stipulation under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES this action with prejudice as to defendant Dana Phillips only.

Dismissal of defendant Dana Phillips renders moot her motion to dismiss. As such, this Court VACATES the May 12, 2010 hearing on the motion to dismiss and DIRECTS the clerk to term the motion (doc. 5) but not to close this action.

IT IS SO ORDERED.

**Dated:   April 27, 2010**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1