**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA ARMENTA, | CASE NO. CV F 10-0593 LJO SMS |
| Plaintiff, | **ORDER TO ENTER JUDGMENT AND CLOSE CASE** |
| vs. | |
| ALLSTATE INDEMNITY COMPANY, | |
| Defendant. / | |

On September 20, 2011, this Court granted summary judgment on behalf of defendant and against plaintiff. The clerk of the Court is directed to enter judgment in favor of defendant Allstate Indemnity Company and against Plaintiff Maria Armenta and to CLOSE this case. All dates are VACATED.

IT IS SO ORDERED.

**Dated:   September 21, 2011**               /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1